[No. 24160-9-II.   Division Two.   November 17, 2000.]

*In the Matter of the Marriage of* RALPH E. PLOWMAN, *Respondent*, and MAUREEN L. PLOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-00884-5, Richard A. Strophy, J., entered November 19, 1998. *Affirmed* by unpublished opinion per Wang, J., concurred in by Morgan and Houghton, JJ.

[No. 25007-1-II.   Division Two.   November 17, 2000.]

*In the Matter of the Marriage of* DAVID J. LITOWITZ, *Respondent*, and BECKY LITOWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-00195-1, Waldo F. Stone, J., entered July 30, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24914-6-II.   Division Two.   November 17, 2000.]

ROBERT W. IRISH, *Appellant*, v. CONOVER INSURANCE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07947-4, Brian M. Tollefson, J., entered July 1, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Wang, JJ.